UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| CHRISTOPHER M. LAWSON, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Nos. 3:14-CR-2-RLJ-CCS-14 |
| | )        3:16-CV-372-RLJ |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

## JUDGMENT ORDER

For the reasons expressed in the accompanying memorandum opinion, it is **ORDERED** and **ADJUDGED** that Petitioner's supplemented § 2255 motion [Docs. 1018, 1019] is **DISMISSED WITHOUT PREJUDICE** pursuant to his notice of voluntary dismissal [Doc. 1047]. The Clerk's Office is **DIRECTED** to terminate the civil case associated therewith [E.D. Tenn. Case No. 3:16-CV-372-RLJ]. The United States' motion to deny and dismiss with prejudice [Doc. 1046] is **DENIED as moot**.

**IT IS SO ORDERED.**

ENTER:

                                                                                           s/ Leon Jordan
                                                                       United States District Judge

ENTERED AS A JUDGMENT
   s/ Debra C. Poplin
   CLERK OF COURT